IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

**KATY PACZKOWSKI,**
**individually and on behalf of**
**all others similarly situated,**

      Plaintiff,　　　　　　　　　　　　　　Case No.:　18-cv-759-slc

  v.

**MY CHOICE FAMILY CARE, INC.,**

      Defendant.

---

### [PROPOSED] ORDER TO ALLOW SUBMISSION OF CONSENT FORM AFTER EXPIRATION OF DEADLINE TO DO SO

---

      Having considered the Stipulation of the Parties and for good cause shown, the Court ORDERS that the Consent Form of Ora de Cordova is considered timely and may be filed with the Court. Defendant is not agreeing to extend the deadline for the submission of Consent Forms by any other individual, nor is Defendant waiving its right to object to any other untimely Consent Forms.

                                   **SO ORDERED, BY THE COURT**

Dated:_____   _____
　　　　　　　　　　　　　　　　　　Stephen L. Crocker
　　　　　　　　　　　　　　　　　　Magistrate Judge