IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

**KATY PACZKOWSKI,**
on behalf of herself and all
others similarly situated,
              Plaintiff,

v.                                          CASE NO. 18-cv-759

**MY CHOICE FAMILY CARE, INC.,**
              Defendant.

---

### JOINT MOTION FOR APPROVAL OF COLLECTIVE ACTION SETTLEMENT, DISMISSAL, ENTRY OF MANDATORY INJUNCTION AND AN AWARD OF ATTORNEYS' FEES AND COSTS

---

Plaintiff Katy Paczkowski, individually and on behalf of twenty-one (21) additional Opt-In Plaintiffs (collectively "Paczkowski"), by and through their attorneys, Larry A. Johnson, Summer H. Murshid, and Timothy P. Maynard of Hawks Quindel, S.C., and Defendant My Choice Family Care, Inc. ("MCFC"), by and through its attorneys, Paul E. Benson, Mitchell W. Quick, and Alexander M. DeGuire of Michael Best & Friedrich LLP, hereby submit this Joint Motion for Approval of Collective Action Settlement, Dismissal, Entry of Mandatory Injunction, and Award of Attorneys' Fees and Costs. Paczkowski and MCFC (collectively the "Parties"), through negotiation, have reached a settlement in this matter on a collective action basis. In connection with this settlement, the Parties respectfully move the Court for the following:

1. An Order that the Settlement Agreement attached as Exhibit A (ECF No. 55-1) to this Motion is a fair and reasonable compromise of bona fide disputes of law and fact between the Parties;

2. An Order that Plaintiffs' Counsel's requested attorneys' fees and costs in the amount of $46,730.17 is reasonable;

3. An Order that the Parties shall comply with the Settlement Agreement;

4. An Order and Mandatory Injunction requiring MCFC to make the payments as provided for in the Settlement Agreement and deliver them to Plaintiffs' Counsel as provided for in the Settlement Agreement;

5. An Order providing for the Court to retain jurisdiction solely to enforce the terms of the Settlement Agreement and the Mandatory Injunction; and

6. Except as otherwise provided in the Court's Order, an Order that the matter be dismissed with prejudice and without any additional costs to the Parties hereto.

Dated this 1st day of November, 2019.

| | |
|---|---|
| Respectfully submitted, | Respectfully Submitted, |
| *s/ Paul E. Benson* | *s/Summer H. Murshid* |
| Paul E. Benson, SBN 1001457 | Larry A. Johnson, SBN 1056619 |
| pebenson@michaelbest.com | ljohnson@hq-law.com |
| Mitchell W. Quick, SBN 1001493 | Summer H. Murshid, SBN 1075404 |
| mwquick@michaelbest.com | smurshid@hq-law.com |
| Alexander M. DeGuire, SBN 1097948 | Timothy P. Maynard, SBN 1080953 |
| amdeguire@michaelbest.com | tmaynard@hq-law.com |
| | |
| Michael Best & Friedrich LLP | Hawks Quindel, S.C. |
| 100 E. Wisconsin Avenue | 222 E. Erie Street, Suite 210 |
| Suite 3300 | P.O. Box 442 |
| Milwaukee, WI 53202 | Milwaukee, WI 53202-0442 |
| (414) 271-6560 (office) | (414) 271-8650 (office) |
| (414) 277-0656 (facsimile) | (414) 271-8442 (facsimile) |
| | |
| Attorneys for Defendant | Attorneys for Plaintiffs |